

# CHARTER ❖ DAVIS LLP
## TRIAL ATTORNEYS

1515 K Street
Suite 500
Sacramento
California 95814
Tel: (916) 448-9000
Fax: (916) 448-9009

FILED
SEP 27 2004
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

September 27, 2004

Shelly Fritch
United States Bankruptcy Court
Eastern District of California
Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814
Attn: Janet Larson

04-205

Re: Hoffinger Industries, Inc., Debtor
U.S.B.C., Eastern District of Arkansas
Case No. 02:01-bk-20514

Dear Ms. Fitch:

Please be aware that the September 21, 2004 Subpoena Duces Tecum issued and served upon Moore Stephens Wurth Frazer and Torbet is hereby withdrawn.

Thank you for your courtesy and cooperation in this regard.

Very truly yours,

CHARTER DAVIS, LLP

Whitney A. Davis

WAD:mkc

cc: Charles Coleman
    Stan Smith
    Jim Smith
    Ben Arnold

H:\HOME\CLIENT\6742\0002\MKC2640.WPD